**Order entered May 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01607-CV

### BRUCE B. MCLEOD, III, Appellant

### V.

### ALFRED GYR, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-02708-B**

## ORDER

The Court has before it appellee's April 29, 2013 second motion to extend time to file appellee's brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** appellee to file his brief by May 31, 2013. No further extensions will be granted without a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
            JUSTICE